371 A.2d 240

Commonwealth v. Sanders, Appellant.

Submitted June 28, 1976. Herbert L. Olivieri, for appellant; Steven H. Goldblatt, Assistant District Attorney, and F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Order affirmed.

371 A.2d 240

Commonwealth v. Scaramuzzino,

Appellant.

Submitted December 16, 1975. Joel M. Breitstein, for appellant; David J. Brightbill, Assistant District Attorney, and George E. Christianson, District Attorney, for Commonwealth, appellee.

Order affirmed.